| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

RAYSHAWN HOUSE, §
§
    Plaintiff, §
§
versus §
§    CIVIL ACTION H-09-1198
§
CITY OF HOUSTON, C.M. HOLLOWAY, AND §
K.M. GUERIN §
§
    Defendants. §

## Order of Adoption

On December 1, 2010, Magistrate Judge Stephen Wm. Smith issued a Memorandum and Recommendation (70) to which plaintiff has not filed objections. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. The City of Houston is entitled to summary judgment as plaintiff's claims are unsupported by summary judgment evidence.

Signed January 7, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge